# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVSION

| | |
|---|---|
| Iris Delgado,<br><br>    Plaintiff,<br><br>    vs.<br><br>Charter Communications, Inc. aka Spectrum Billing Services, Inc.,<br><br>    Defendant. | Case No.: 2:17-cv-06580-R-AGR<br><br>**ORDER** |

Based on the Stipulation of counsel, the case is dismissed with prejudice, each party to bear its own attorney fees and costs.

Date: April 4, 2019

_____

Judge: Judge Manuel L. Real